Sidney R. Yates, Marshall M. Holleb and Ralph R. Mickelson, Plaintiffs-Appellees, v. H. W. Sherman Corporation, Formerly Sherman Wash Wear, Inc., a Corporation, Defendant-Appellant.

Gen. No. 48,475. (Abstract of Decision.)

First District, Third Division.

May 3, 1962.

Goldberg, Levinson, Komie & Friedman, of Chicago (William Levinson, of counsel), for appellant; Yates & Holleb and Ira S. Kolb, of Chicago (Ira S. Kolb and Ralph R. Mickelson, of counsel), for appellees. Opinion by MR. PRESIDING JUSTICE McCORMICK. Not to be published in full.